UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SPOKANE, a municipal corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>WORLD WIDE VIDEO OF WASHINGTON, INC.,<br><br>    Defendant. | NO. CV-05-139-RHW<br><br>**ORDER GRANTING STIPULATED MOTION FOR ENTRY OF CONSENT DECREE AND ORDER ENJOINING VIOLATIONS THEREOF** |

Before the Court is the parties' Stipulated Motion for Entry of Consent Decree and Order Enjoining Violations Thereof (Ct. Rec. 34). This motion was heard without oral argument. The parties have stipulated to an entry of judgment consistent with the Consent Decree appended to this Order.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Entry of Consent Decree and Order Enjoining Violations Thereof (Ct. Rec. 34) is **GRANTED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 11th day of September, 2006.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2005\City of Spokane\stip.decree.ord.wpd

ORDER GRANTING STIPULATED MOTION FOR ENTRY OF CONSENT DECREE AND ORDER ENJOINING VIOLATIONS THEREOF * 1