UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SPOKANE,<br><br>    Plaintiff,<br><br>    v.<br><br>WORLD WIDE VIDEO OF WASHINGTON, INC.,<br><br>    Defendant. | NO. CV-05-139-RHW<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulation for Dismissal Without Prejudice (Ct. Rec. 127).

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Dismissal Without Prejudice (Ct. Rec. 127) is **GRANTED**.

2. The City of Spokane's claims against Defendant are dismissed without prejudice.

3. World Wide Video of Washington, Inc.'s counterclaims against the City of Spokane are dismissed without prejudice.

4. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file.**

**DATED** this 9th day of August, 2010.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2005\City of Spokane\dismiss.ord.wpd

**ORDER OF DISMISSAL** * 1